# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

139769(57)

DAN-KAI TUS and NU CHEN YEN TUS,
      Plaintiffs/Counter-Defendants/
      Appellants,

v

SHIRLEY HURT f/k/a SHIRLEY ROBBINS,
      Defendant-Cross Defendant,

and

STERLING MORTGAGE & INVESTMENT
COMPANY,
      Defendant/Counter-Plaintiff/Cross
      Plaintiff/Appellee,

and

AMERICAN TITLE COMPANY OF
WASHTENAW and REPUBLIC BANC
MORTGAGE COMPANY,
      Third-Party Defendants.

_____

SC: 139769
COA: 281007
Washtenaw CC: 06-000910-CH

On order of the Chief Justice, the motion by the Real Property Law Section of the State Bar of Michigan for extension of the time for filing a brief *amicus curiae* is considered. It appearing that leave to appeal was granted on May 7, 2010 by an order which invited participation by the Section and that argument and submission of this case are scheduled for November 4, 2010, the motion is granted in part only. The brief may be filed not later than November 3, 2010.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2010

                        Clerk